JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCADO LATINO, INC. dba CONTINENTAL CANDLE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INDIO PRODUCTS, INC., a California corporation,<br><br>　　　　　Defendant.<br>_____ | Case No. CV 13-01027 DDP (RNBx)<br><br>**ORDER OF DISMISSAL** |

　　THE COURT ORDERS that this action be, and hereby is, dismissed as set forth in the ORDER GRANTING DEFENDANTS MOTION TO DISMISS SECOND AMENDED COMPLAINT (DOCKET NUMBER 45).

　　The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: October 30, 2013

　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　United States District Judge