Edward W. Lukas (SBN 155214)
HARRINGTON, FOXX, DUBROW
& CANTER, LLP
333 South Hope Street, Suite 1000
Los Angeles, California 90071
Telephone: (213) 489-3222
elukas@kfdclaw.com

Linda D. Mettes (*Pro Hac Vice*)
Rebecca J. Cantor (*Pro Hac Vice*)
Kristin L. Murphy (*Pro Hac Vice*)
Anita C. Marinelli (*Pro Hac Vice*)
BROOKS KUSHMAN P.C.
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
Telephone:  248-358-4400
lmettes@brookskushman.com
rcantor@brookskushman.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCADO LATINO, INC. dba CONTINENTAL CANDLE COMPANY,<br><br>    *Plaintiff,*<br><br>v.<br><br>INDIO PRODUCTS, INC., a California Corporation, and DOES 1 through 10, Inclusive,<br><br>    *Defendant.* | Case No.  2:13-cv-01027-DDP-JEM<br><br>Hon. Dean D. Pregerson<br><br>**STIPULATION TO RESET TRIAL DATE AND MODIFY SCHEDULING ORDER**<br><br>Magistrate Judge:<br>Hon. John E. McDermott |

## STIPULATION TO RESET TRIAL DATE AND
## MODIFY SCHEDULING ORDER

WHEREAS, on May 23, 2017, the Court entered an order regarding the case schedule (see, Docket No. 101);

WHEREAS on August 1, 2017, the parties had a joint settlement conference with Hon. John E. McDermott, and though no settlement was reached at that time, the parties were instructed to return "if they believe that a further conference would be helpful;" (see, Docket No. 104, 107);

WHEREAS, the parties now believe a further settlement conference with Hon. John E. McDermott would be helpful in view of a recent positive movement toward settlement and have contacted Hon. John E. McDermott to schedule the second settlement conference;

WHEREAS, the parties have conferred about the matter and believe that there is good cause for a 60-day extension of the dispositive motion deadline and more than a 60-day extension of the trial date (as well as all other dates in the case) so that the parties can schedule and attend a mediation without having to incur the significant costs associated with dispositive motions, and the like that are on the immediate horizon under the current case schedule;

WHEREAS, lead counsel for Indio has an out of country vacation planned with extended family for which deposits have been made for several individuals in early August and counsel for Mercado also seek a trial date of September 6, 2018 or thereafter;

WHEREAS, the parties are not seeking to extend dates and modify the scheduling order for purposes of delay, but to accommodate their good faith desire to attend a mediation in hopes of settling the case;

WHEREAS, the parties have not sought any other extensions in this matter prior to this time.

NOW THEREFORE, Plaintiff and Defendant, by and through their

respective counsel of record, hereby stipulate and agree as follows:

     (1)    The Trial Date shall be extended to September 6, 2018 or thereafter;

     (2)    The Final Pretrial Conference shall be one week prior to the Trial Date;

     (3)    The Last Day to File Motions shall be extended to April 26, 2018.

**IT IS SO STIPULATED**.

Dated: February 5, 2018

**BROOKS KUSHMAN P.C.**          **PB LAW GROUP, LLP**

/s/Linda D. Mettes             /s/ Jody Borrelli (with permission)
Linda D. Mettes                Jody M. Borrelli
                              Luan K. Phan

HARRINGTON, FOXX, DUBROW
& CANTER, LLP
Edward W. Lukas (SBN 155214)     *Attorney for Plaintiff,*
                              *Mercado Latino, Inc.*

*Attorneys for Defendant,*
*Indio Products, Inc.*