1 Edward W. Lukas (SBN 155214)
  HARRINGTON, FOXX, DUBROW
2 & CANTER, LLP
  333 South Hope Street, Suite 1000
3 Los Angeles, California 90071
  Telephone: (213) 489-3222
4 elukas@kfdclaw.com

5 Linda D. Mettes (*Pro Hac Vice*)
  Rebecca J. Cantor (*Pro Hac Vice*)
6 Kristin L. Murphy (*Pro Hac Vice*)
  Anita C. Marinelli (*Pro Hac Vice*)
7 BROOKS KUSHMAN P.C.
  1000 Town Center
8 Twenty-Second Floor
  Southfield, Michigan 48075
9 Telephone:  248-358-4400
  lmettes@brookskushman.com
10 rcantor@brookskushman.com

11 *Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCADO LATINO, INC. dba CONTINENTAL CANDLE COMPANY,<br><br>　　*Plaintiff,*<br><br>v.<br><br>INDIO PRODUCTS, INC., a California Corporation, and DOES 1 through 10, Inclusive,<br><br>　　*Defendant.* | Case No.  2:13-cv-01027-DDP-JEM<br><br>**DECLARATION OF JON W. TEPP** |

EXHIBIT B

I, Jon W. Tepp, hereby declare:

1. Attached hereto as Exhibit 1 is a true and correct copy of my damages report in the matter of *Mercado Latino, Inc. v. Indio Products, Inc.*, 2:13-cv-01027-DDP-JEM for Defendant Indio Products, Inc. dated December 27, 2017 and I am willing and able to testify to the content therein.

**I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge.**

**Dated:** 4/19/18

Jon W. Tepp

Declaration of Jon W. Tepp
Case No. 2:13-cv-01027-DDP-JEM                    2

**EXHIBIT B**