REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MERCADO LATINO, INC., dba CONTINENTAL CANDLE COMPANY, | ) ) ) | Case No. 2:13-cv-01027-DDP-RNB |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| INDIO PRODUCTS, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

Expert Report of Jon W. Tepp

Jon W. Tepp
December 27, 2017

**Attorneys' Eyes Only**

Confidential – Attorneys' Eyes Only

EXHIBIT 1
PAGE 1

**Expert Report of Jon W. Tepp**

**Qualifications**

1.      My name is Jon Tepp. I am a Senior Economist at Christensen Associates, an economic research and consulting firm located in Madison, Wisconsin. I have been employed at Christensen Associates since 1998. Throughout my tenure at Christensen Associates, my primary responsibilities have been related to the measurement of economic phenomena in litigation—primarily the calculation of lost profits and other forms of damages. I have been retained as a consulting expert to analyze financial data and accounting records both in litigation matters and outside the context of litigation. I have authored expert reports regarding the measurement of damages and valuation of intellectual property in various matters, including breach of contract, false advertising, fraud, and patent infringement. I have assisted in the calculation of damages in numerous other cases related to breach of contract, copyright infringement, patent infringement, price fixing, trademark infringement, wrongful death, and other causes of action. I have also constructed and implemented surveys for litigation and non-litigation purposes. I earned a Bachelor of Science degree in Economics from the University of Wisconsin–Stevens Point in 1995. A copy of my curriculum vitae is included as Appendix A. A list of the cases in which I have testified at deposition or trial during the preceding four years is attached as Appendix B. A list of the documents which I have received in this case appears as Appendix C. Christensen Associates charges a rate of $250 per hour for my services in this case, plus expenses. Christensen Associates' compensation is not dependent upon the outcome of this case.

EXHIBIT 1
PAGE 2

**Introduction**

2.      I have been retained by Indio Products, Inc. (Indio) through its counsel, Brooks Kushman, to analyze damages stemming from allegations made by Mercado Latino, Inc. dba Continental Candle Company (Mercado) in its Second Amended Complaint filed June 21, 2013. I am not offering any opinions regarding the validity or liability of these allegations. For purposes of my analyses, I have assumed that Mercado's allegations are valid.

3.      My opinions are based on the information currently available. If additional information becomes available, I reserve the right to consider this information and its effect, if any, on my opinions. I expect to be asked to testify at trial and may use summaries of my opinions, analyses, and tables, and/or documents and deposition testimony in this case as demonstrative exhibits.

EXHIBIT 1
PAGE 3



EXHIBIT 1

PAGE 4



EXHIBIT 1

PAGE 5



Confidential – Attorneys' Eyes Only

6

EXHIBIT 1
PAGE 6



Confidential – Attorneys' Eyes Only

EXHIBIT 1
PAGE 7



EXHIBIT 1

PAGE 8



Confidential – Attorneys' Eyes Only

9

EXHIBIT 1
PAGE 9



Confidential – Attorneys' Eyes Only

EXHIBIT 1
PAGE 10



Confidential – Attorneys' Eyes Only

11

EXHIBIT 1
PAGE 11





Confidential – Attorneys' Eyes Only

12

EXHIBIT 1
PAGE 12



Confidential – Attorneys' Eyes Only

13

EXHIBIT 1
PAGE 13



Confidential – Attorneys' Eyes Only

14

EXHIBIT 1
PAGE 14



Confidential – Attorneys' Eyes Only

15

EXHIBIT 1
PAGE 15



Confidential – Attorneys' Eyes Only

16

EXHIBIT 1
PAGE 16



Confidential – Attorneys' Eyes Only

EXHIBIT 1
PAGE 17



EXHIBIT 1
PAGE 18



Confidential – Attorneys' Eyes Only

19

EXHIBIT 1
PAGE 19



EXHIBIT 1
PAGE 20





Confidential – Attorneys' Eyes Only

21

EXHIBIT 1
PAGE 21



Attorneys' Eyes Only

EXHIBIT 1
PAGE 22



Attorneys' Eyes Only

EXHIBIT 1
PAGE 23



Attorneys' Eyes Only

EXHIBIT 1
PAGE 24



Attorneys' Eyes Only

EXHIBIT 1
PAGE 25



Attorneys' Eyes Only

EXHIBIT 1
PAGE 26

**Appendix A**

# Jon W. Tepp

CURRICULUM VITAE

**Address:**

> Laurits R. Christensen Associates, Inc.
> 800 University Bay Drive, Suite 400
> Madison, WI 53705–2299
> Telephone: 608.231.2266
> Fax: 608.231.2108
> Email: jwtepp@LRCA.com

**Academic Background:**

> BS, University of Wisconsin-Stevens Point, December 1995, Economics

**Positions Held:**

> Laurits R. Christensen Associates, Inc.:
> > Senior Economist, 2005–present
> > Economist, 2002–2004
> > Staff Economist, 1998–2001
> Mercury Finance Co.:
> > C.S.C., Operations Manager, Branch Manager, 1996–1998

**Professional Affiliations:**
> Licensing Executive Society:
> > Member 2012-2017

**Professional Experience:**

I have testified at deposition and trial regarding patent infringement damages and have authored expert reports regarding patent infringement and contract damages. I have also authored reports related to intellectual property valuation outside the context of litigation.

I manage the analysis of damages in complex litigations related to intellectual property (patents, trademarks, copyrights, etc.), antitrust allegations, breach of contract cases, and other business disputes. I provide assistance with the preparation and cross-examination of economic damages experts and financial witnesses at depositions and trials. As part of pre-litigation due diligence and litigation proceedings, I provide analyses and consulting related to lost profits, reasonable royalties, market share, and financial performance of goods and services.

EXHIBIT 1
PAGE 27

**Appendix B**
**Deposition and Trial Testimony of Mr. Jon W. Tepp for the Preceding Four Years**

| Date | Case Name | Client | Firm | Venue |
|------|-----------|--------|------|-------|
| 2014 | R-Boc Representatives, Inc., et al. v. John T. Minemyer and John T. Minemyer v. R-Boc Representatives, Inc. et al. | John T. Minemyer | Law Offices of Douglas M. Chalmers | US District Court, Northern District of Illinois, Eastern Division |
| 2016 | Bausch & Lomb Inc. and Wyeth LLC, v. Vitamin Health, Inc. | Vitamin Health, Inc. | Carlson, Gaskey & Olds | US District Court, Western District of New York |
| 2016 | Choon's Design, Inc. v. Zenacon, LLC et al. | Choon's Design, Inc. | Carlson, Gaskey & Olds | US District Court, Eastern District of Michigan |
| 2017 | Stryker Sales Corporation. v. Stephen Siroonian and Core Surgical, Inc. | Stephen Siroonian and Core Surgical, Inc. | Quarles & Brady | US District Court, Western District of Michigan |
| 2017 | E-Imagedata Corp. v. Digital Check Corp. d/b/a ST Imaging | E-Imagedata Corp. | Quarles & Brady | US District Court, Eastern District of Wisconsin |

EXHIBIT 1
PAGE 28

**Appendix C**

**DOCUMENT**

Defendant Indio Products Inc.'s Answer to Second Amended Complaint, August 18, 2016

Defendant Indio Products Inc.'s Responses to Mercado Latino, Inc. dba Continental Candel Company's First Set of Interrogatories, 10/2/17

Defendant Indio Products Inc.'s Supplemental Responses to Mercado Latino, Inc. dba Continental Candel Company's First Set of Interrogatories, 10/13/17

Deposition & Exhibits of Hal Poret, 12/14/17

Deposition & Exhibits of Pooya Bakhtiari, November 14, 2017

Deposition & Exhibits under Fed. R. Vic. P. 30(B)(6) of Mercado Latino, Inc.'s Richard Rodriguez, November 13, 2017

Mercado Latino, Inc. v. Indio Products, Inc., 649 Fed.Appx. 633(2016), Filed May 13, 2016

Order Denying Defendant's Motion for Judgment on the Pleadings, April 11, 2017

Order Granting Defendant's Motion to Dismiss Second Amended Complaint, September 24, 2013

Order Granting Defendant's Motion to Dismiss, June 12, 2013

Plaintiff Mercadio Latino, Inc's dba Continental Candle Company's Amended Responses to Defendants Indio Products, Inc.'s Interrogatories (Set One), 8/17/17

Plaintiff Mercadio Latino, Inc's dba Continental Candle Company's Amended Responses to Defendants Indio Products, Inc.'s Interrogatories (Set One), 9/8/17

Plaintiff Mercadio Latino, Inc's dba Continental Candle Company's Responses to Defendants Indio Products, Inc.'s Interrogatories (Set One), 8/17/17

Plaintiff Mercadio Latino, Inc's dba Continental Candle Company's Responses to Defendants Indio Products, Inc.'s Interrogatories (Set Two), 10/13/17

Plaintiff Mercadio Latino, Inc's dba Continental Candle Company's Responses to Defendants Indio Products, Inc.'s Requests for Production (Set One), 8/17/17

Plaintiff Mercadio Latino, Inc's dba Continental Candle Company's Responses to Defendants Indio Products, Inc.'s Requests for Production (Set Two), 10/13/17

Plaintiff's Amended Initial Disclosures Pursuant to Fed. R. CIV. P. 26(a)(1), October 9, 2017

Second Amended Complaint for Injutive Relief and Damages for: (1) Trade Dress Infringements; (2) Trademark Infringement; (3) Federal Unfair Competition; and (4) Common Law Intentional Interference with Prospective Economic Advantages, June 20, 2013

EXHIBIT 1
PAGE 29

**Appendix C**

| Beginning Bates | Ending Bates |
| --- | --- |
| IN_00884 | IN_00887 |
| IN_01603 | IN_01618 |
| IN_01801 | IN_01835 |
| IN_2673 | IN_2682 |
| IN_2691 | IN_2695 |
| IN_2758 | IN_2783 |
| IN_2786 | IN_2792 |
| IN_2803 | IN_2864 |
| INDIO00001 | INDIO00010 |
| MERC 00001 | MERC 00002 |
| MERC 00641 | MERC 00662 |
| MERC 00665 | MERC 00667 |
| MERC 00692 | MERC 00696 |
| MERC 00699 | MERC 00709 |
| MERC 00765 | MERC 00766 |
| MERC 00877 | MERC 00887 |
| MERC 01055 | MERC 01060 |
| MERC 01255 | MERC 01260 |
| MERC 01330 | MERC 01338 |
| MERC 01456 | MERC 01458 |
| MERC 01668 | MERC 01668 |
| MERC 01675 | MERC 01676 |
| MERC 01682 | MERC 01682 |
| MERC 01687 | MERC 01687 |
| MERC 01692 | MERC 01692 |
| MERC 01693 | MERC 01698 |
| MERC 01748 | MERC 01909 |
| MERC 02185 | MERC 02189 |
| MERC 02191 | MERC 02238 |
| MERC_00630 | MERC_01422 |
| MERC_01669 | MERC_01692 |
| MERC_01699 | MERC_01758 |

EXHIBIT 1
PAGE 30

Appendix D



EXHIBIT 1
PAGE 31







Appendix D

EXHIBIT 1 PAGE 32









Appendix D

EXHIBIT 1
PAGE 33



EXHIBIT 1
PAGE 34



Sanctuary Series   Carisma   Reed   St. Jude   Bright Glow

Sanctuary Series   Carisma   Reed   St. Jude   Bright Glow   Brilux



Templar



Templar

Appendix D

EXHIBIT 1
PAGE 35



EXHIBIT 1
PAGE 36





















EXHIBIT 1
PAGE 37


















EXHIBIT 1
PAGE 38


















EXHIBIT 1
PAGE 39









EXHIBIT 1
PAGE 40



EXHIBIT 1
PAGE 41

Appendix H



EXHIBIT 1
PAGE 42



EXHIBIT 1
PAGE 43



EXHIBIT 1
PAGE 44



EXHIBIT 1
PAGE 45








EXHIBIT 1
PAGE 46