Edward W. Lukas (SBN 155214)
HARRINGTON, FOXX, DUBROW
& CANTER, LLP
333 South Hope Street, Suite 1000
Los Angeles, California 90071
Telephone: (213) 489-3222
elukas@kfdclaw.com

Linda D. Mettes (*Pro Hac Vice)*
Rebecca J. Cantor (*Pro Hac Vice)*
Kristin L. Murphy (*Pro Hac Vice)*
Anita C. Marinelli (*Pro Hac Vice)*
BROOKS KUSHMAN P.C.
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
Telephone:  248-358-4400
lmettes@brookskushman.com
rcantor@brookskushman.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MERCADO LATINO, INC. dba
CONTINENTAL CANDLE
COMPANY,

    *Plaintiff,*

v.

INDIO PRODUCTS, INC., a
California Corporation, and
DOES 1 through 10, Inclusive,

    *Defendant.*

Case No.  2:13-cv-01027-DDP-JEM

**ORDER GRANTING DEFENDANT INDIO PRODUCTS, INC. APPLICATION FOR LEAVE TO FILE DEFENDANT INDIO PRODUCTS, INC'S NOTICE OF MOTION AND MOTION IN LIMINE #1 AND MEMORANDUM AND POINTS IN SUPPORT TO EXCLUDE MADE-FOR-LITIGATION DOCUMENTS AND TESTIMONY THERETO**

1   Defendant Indio Products, Inc. application for leave to file documents under

2   seal is before the Court.

3   After considering the application to file under seal, and good cause appearing

4   therefore,

5   IT IS HEREBY ORDERED THAT the application of Indio Products, Inc. is

6   GRANTED and the following documents are to be filed under seal:

7   1) Unredacted Notice of Motion and Motion and Memorandum and Points in

8   Support to Exclude Made-For-Litigation Documents and Testimony Thereto; and

9   2) Unredacted Exhibits to Memorandum and Points in Support to Exclude

10   Made-For-Litigation Documents and Testimony Thereto, including:

11   a) Unredacted Declaration of Anita C. Marinelli and accompanying

12   exhibits; and

13   b) Unredacted Declaration of Jon W. Tepp and accompanying exhibit.

14

15   IT IS SO ORDERED.

16

17

18   Dated: May 8, 2018   _____

19   Honorable Dean D. Pregerson
United States District Judge

20

21

22

23

24

25

26

27

28