1  LUAN K. PHAN (SBN 185985)
   JODY M. BORRELLI (SBN 196550)
2  **PB LAW GROUP, LLP**
   1901 Avenue of the Stars, Suite 277
3  Los Angeles, California 90067
   Telephone: (213) 784-0350
4  Facsimile: (213) 784-0355
   lphan@pblawgroup.net
5  jborrelli@pblawgroup.net

6  Attorneys for Plaintiff
   MERCADO LATINO, INC.
7  dba CONTINENTAL CANDLE COMPANY

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

| 12  MERCADO LATINO, INC. dba CONTINENTAL CANDLE COMPANY, | Case No. 2:13-cv-01027-DDP-JEM |
|---|---|
| 13 | |
| 14                    Plaintiff, | **DECLARATION OF HAL PORET IN SUPPORT OF PLAINTIFF MERCADO LATINO INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| 15         vs. | |
| 16  INDIO PRODUCTS, INC., a California Corporation, and DOES 1 through 10, Inclusive, | |
| 17 | |
| 18 | |
| 19                    Defendants. | Judge: Hon. Dean D. Pregerson |
| 20 | Courtroom: 9C |
| 21 | Date: Monday, June 25, 2018 |
|    | Time: 10:00 AM |
| 22 | |

23

24

25

26

27

28

**DECLARATION OF HAL PORET**

### DECLARATION OF HAL L. PORET

I, Hal L. Poret, declare as follows:

### BACKGROUND

1.      I authored an expert report in this litigation, which I understand was disclosed early on in this case.  A true and correct copy of the final draft of my report produced in discovery in this matter is attached hereto as Exhibit A.  My report describes the methodology and results of a survey I conducted to assess whether the appearance of the Indio Templar trade dress creates a likelihood of confusion with respect to the Sanctuary Series trade dress.  I have now been asked by counsel to review Defendant's Motion for Summary Judgment and the Rebuttal Expert Report of Kenneth Hollander, dated January 3, 2018, offered by Indio in support of their Motion.[1]  I make this declaration based upon my own personal knowledge to offer my response to the arguments regarding my survey in Defendant's Motion and the Hollander Report, to the extent the latter is deemed admissible.

**DECLARATION OF HAL PORET**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF HAL PORET**

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF HAL PORET**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6

**DECLARATION OF HAL PORET**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF HAL PORET**

**DECLARATION OF HAL PORET**

**DECLARATION OF HAL PORET**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF HAL PORET**

**DECLARATION OF HAL PORET**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF HAL PORET**

13

**DECLARATION OF HAL PORET**



**DECLARATION OF HAL PORET**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF HAL PORET**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF HAL PORET**

**DECLARATION OF HAL PORET**



**DECLARATION OF HAL PORET**

**DECLARATION OF HAL PORET**

**DECLARATION OF HAL PORET**



**DECLARATION OF HAL PORET**

**DECLARATION OF HAL PORET**

1

2

3

4

5

6

7

8

9    I declare under penalty of perjury under the laws of the United States that the

10   foregoing is true and correct to the best of my knowledge. Executed in Sleepy Hollow,

11   New York, on May 29, 2018.

12

13

14

15   Hal Poret

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF HAL PORET**

# EXHIBIT A

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01764

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01775

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01777

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01782

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01786

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01799

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01803

ATTORNEY'S EYES ONLY

MERC 01804

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01807

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01811

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01813

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01820

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01822

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01826

MERC 01827

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01830

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY



ATTORNEY'S EYES ONLY

MERC 01837



ATTORNEY'S EYES ONLY

MERC 01839

ATTORNEY'S EYES ONLY



ATTORNEY'S EYES ONLY



ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY



ATTORNEY'S EYES ONLY

MERC 01844

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01847



ATTORNEY'S EYES ONLY

MERC 01848

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01850

MERC 01851



ATTORNEY'S EYES ONLY   MERC 01852



ATTORNEY'S EYES ONLY



MERC 01854

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01856

ATTORNEY'S EYES ONLY

MERC 01857

ATTORNEY'S EYES ONLY

MERC 01858

ATTORNEY'S EYES ONLY

MERC 01859

ATTORNEY'S EYES ONLY

MERC 01860

ATTORNEY'S EYES ONLY

MERC 01861

ATTORNEY'S EYES ONLY

MERC 01862

ATTORNEY'S EYES ONLY

MERC 01863

ATTORNEY'S EYES ONLY

MERC 01864

ATTORNEY'S EYES ONLY

MERC 01865

ATTORNEY'S EYES ONLY

MERC 01866

ATTORNEY'S EYES ONLY

MERC 01867

ATTORNEY'S EYES ONLY

MERC 01868

ATTORNEY'S EYES ONLY

MERC 01869

ATTORNEY'S EYES ONLY

MERC 01870

ATTORNEY'S EYES ONLY

MERC 01871

ATTORNEY'S EYES ONLY

MERC 01872

ATTORNEY'S EYES ONLY

MERC 01873

ATTORNEY'S EYES ONLY

MERC 01874

ATTORNEY'S EYES ONLY

MERC 01875

ATTORNEY'S EYES ONLY

MERC 01876

ATTORNEY'S EYES ONLY

MERC 01877

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01879

ATTORNEY'S EYES ONLY

MERC 01880

ATTORNEY'S EYES ONLY

MERC 01881

ATTORNEY'S EYES ONLY

MERC 01882

ATTORNEY'S EYES ONLY

MERC 01883

ATTORNEY'S EYES ONLY

MERC 01884

ATTORNEY'S EYES ONLY

MERC 01885

ATTORNEY'S EYES ONLY

MERC 01886

ATTORNEY'S EYES ONLY

MERC 01887

ATTORNEY'S EYES ONLY

MERC 01888

ATTORNEY'S EYES ONLY

MERC 01889

ATTORNEY'S EYES ONLY

MERC 01890

ATTORNEY'S EYES ONLY

MERC 01891

ATTORNEY'S EYES ONLY

MERC 01892

ATTORNEY'S EYES ONLY

MERC 01893

ATTORNEY'S EYES ONLY

MERC 01894

ATTORNEY'S EYES ONLY

MERC 01895

ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MERC 01897

ATTORNEY'S EYES ONLY

MERC 01898

ATTORNEY'S EYES ONLY

MERC 01899

ATTORNEY'S EYES ONLY

MERC 01900

ATTORNEY'S EYES ONLY

MERC 01901

ATTORNEY'S EYES ONLY

MERC 01902

ATTORNEY'S EYES ONLY

MERC 01903

ATTORNEY'S EYES ONLY

MERC 01904

ATTORNEY'S EYES ONLY

MERC 01905

ATTORNEY'S EYES ONLY

MERC 01906

ATTORNEY'S EYES ONLY

MERC 01907

ATTORNEY'S EYES ONLY

MERC 01908

ATTORNEY'S EYES ONLY

MERC 01909

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 29, 2018, I caused a true and of the foregoing document **DECLARATION OF HAL PORET  IN SUPPORT OF PLAINTIFF MERCADO LATINO INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** to be served on the following parties via the Court's ECF system:


**Linda D. Mettes, Rebecca J. Cantor**
Brooks Kushman PC
1000 Town Center 22nd Floor
Southfield, MI 48075
248-358-4440
248-358-3351 (fax)
lmettes@brookskushman.com
rcantor@brookskushman.com
*ATTORNEYS  FOR INDIO PRODUCTS, INC.*


**Edward W. Lukas, Jr**
Harrington Foxx Dubrow and Canter LLP
1055 West Seventh Street 29th Floor
Los Angeles, CA 90017
213-489-3222
213-623-7929 (fax)
elukas@hfdclaw.com
*ATTORNEYS FOR INDIO PRODUCTS INC.*



Dated: May 29, 2018                    By:  _____ /s/ Luan K. Phan _____

---

**DECLARATION OF HAL PORET**