Edward W. Lukas (SBN 155214)
HARRINGTON, FOXX, DUBROW
& CANTER, LLP
333 South Hope Street, Suite 1000
Los Angeles, California 90071
Telephone: (213) 489-3222
elukas@kfdclaw.com

Linda D. Mettes (*Pro Hac Vice*)
Rebecca J. Cantor (*Pro Hac Vice*)
Kristin L. Murphy (*Pro Hac Vice*)
Anita C. Marinelli (*Pro Hac Vice*)
BROOKS KUSHMAN P.C.
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
Telephone:  248-358-4400
lmettes@brookskushman.com
rcantor@brookskushman.com

*Attorneys for Defendant*

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MERCADO LATINO, INC. dba CONTINENTAL CANDLE COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>INDIO PRODUCTS, INC., a California Corporation, and DOES 1 through 10, Inclusive,<br><br>*Defendant.* | Case No.  2:13-cv-01027-DDP-JEM<br><br>**DECLARATION OF POOYA (PETER) BAKHTIARI IN SUPPORT OF INDIO'S REPLY BRIEF**<br><br>Judge: Hon. Dean D. Pregerson<br>Courtroom: 9C<br>Date: Monday, June 25, 2018<br>Time: 10:00 AM |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

I, Pooya (Peter) Bakhtiari, hereby declare:

1. I am the President of Indio Products, Inc. ("Indio") having a principal place of business at 5333 Slauson Avenue, Commerce, CA 90040.

2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. I understand that Mercado alleged that the prayer card, shown below, in the Indio summary judgment briefing was just a random image grabbed from the Internet despite authentic web store pages displaying various versions of it for sale. I am familiar with the prayer card made by Victor Flores as it has been sold at my retail store Nu-Botanics.



Victor Flores Prayer Card

4. Prayer cards are widely sold at the same stores that sell religious prayer candles, *e.g.*, Nu-botanics sells prayer cards and Eternalux candles. It is my understanding that this design has been sold for decades and I know it has been sold for the entire time that I have been involved with the sale of religious products.

5. I have frequently seen Victor Flores prayer cards in stores that carry religious products. Nu-Botanics also sells other Victor Flores religious products that bear the same design on the packaging card, such as for its prayer bracelets below.

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**



Victor Flores
Prayer Bracelet

6. I understand that Mercado's survey expert pointed to Templar candles shown on Internet sites to assert that Templar candles were sold in physical proximity to Sanctuary Series as a result of both being sold on the Internet. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[1]

7. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[1] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

2  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

3  **8.**  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇[2] Large

4  retailers like ▇▇▇▇▇▇▇ have regional distribution centers that service stores in

5  specific regions.  Other candle companies service ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

6  ▇▇▇▇ whereas Indio services the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

7  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

8  ▇▇▇▇▇▇▇▇▇▇.  Likewise, the Templar products were provided to ▇▇▇▇▇▇

9  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

10  **9.**  More importantly, all customers in the list are ▇▇▇▇▇▇ customers that

11  are ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

12  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

13  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

14  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

15  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

16  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

17  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

18  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

19  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

20  **10.**  I understand that Mercado asserted that we started the redesign process

21  after October 31, 2012 and introduced the saint titles one at a time.  This is not true.

22  The label order records and internal development documents show development was

23

24

---

25

26  [2] Exhibit C-8 lists the customers: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

27  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

28  ▇▇▇▇▇▇▇▇▇▇▇▇▇

CONFIDENTIAL – ATTORNEYS' EYES ONLY

completed before October 31, 2012. In fact, Indio ordered 20 titles on October 31, 2012 as shown in Exhibit C-7 (attached to my first declaration).[3]

11. I further understand that Mercado alleged that I did not explicitly deny copying Mercado's product. That is untrue as I testified that I created, with the assistance of Armando Ramirez, the redesigned labels for Templar (and Eternalux) using a "church look" and "religion" as my primary inspiration given that "the church is the place where people go to worship." Ex. 1 to Mettes Declaration (Ex G), Bakhtiari Tr. at 79:6-17; 88:24-89:3. I further testified that we created the stained-glass design in-house. *Id.* at 88:6-8.

12. I further understand that Mercado alleged that I did not recall knowing whether Mercado sold Sanctuary Series prior to the October 2012 development. However, I testified that I knew that Mercado sold the candles but I didn't recall whether five years prior I was aware of whether Mercado manufactured or just distributed candles of other manufacturers (as I understand is typical for Mercado for many of its products). *Id.* at 137:3-15.

13. I understand Mercado contended that the inspirational church images used during the redesign process ▓▓▓▓▓▓▓▓▓▓ and that Indio's redesign was virtually overnight and without support. 148-1, Pl. Statement of Genuine Issues at 56-58. I testified in deposition in detail about the design process and timing. The details that I discussed were also in produced documents (C-5, C-6) that were obtained from electronic files and Indio provided the last "save" dates from the

---

[3] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The received dates listed reflect the date that the first labels were received in-house, either as a full or partial shipment of the order.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

1. month of October 2012. *Id.* at 166:3-168:4. I testified that we had many iterative and inspiration images on the computer system that were created on or around October 2012 based on the "save" date that was provided. *Id.* at 80:7-13. I also testified that the process from beginning to end was few months, ending with orders on October 31, 2012 for twenty new labels. *Id.*

14. We looked at many different church windows, stained glass, and other religious design features for possible incorporation into the Templar and Eternalux label redesign. We looked at churches but largely looked on the Internet since such religious images were widely available there. Exhibit C-6 (to my first declaration) contains six images that were saved as inspiration after looking at religious images on the Internet. The images were saved as individual layers in one of Templar design file by employee Armando Ramirez using Adobe Illustrator. Exhibit C-5 shows many draft designs that were created throughout the month of October 2012 before Indio selected a version to finalize and order.

**I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge.**

Dated: June 10, 2018

*P. G. Bah* (signature)

**Pooya Bakhtiari**